UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
UNITED STATES OF AMERICA

                Plaintiff            ORDER

                                                      12-CR-0668 (SJ)
         V.S.                                13-CR-0264 (SJ)

Shaka Stayman

                Defendant
------------------------------------------------------

      JOHNSON, D.J.

      The Warden of the FPC Montgomery, or a representative, is directed to produce Shaka Stayman, BOP #63689-019, ***via telephone***, on Thursday, March 2, 2017, at 9:30 a.m. EST).  At that time, the Warden or a representative, is directed to call the Chambers of the Honorable Sterling Johnson, Jr., at  (718) 613-2460.

            SO ORDERED

                                                            /s/
                                             _____
Dated:    Brooklyn, New York        STERLING JOHNSON, JR., U.S.D.J.
             March 1, 2016

Sent via email to MON/ExecAssistant@bop.gov