# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**T. SCOTT HUDSON**
CHIEF PROBATION OFFICER
900 U.S. COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3309
(404) 215-1950

**REPLY TO:**
4500 HUGH HOWELL ROAD, SUITE 405
TUCKER, GEORGIA 30084
PHONE (770) 493-7119
FAX (770) 723-3425

**TO:** Eastern District of New York
Duty Officer

**FROM:** Nekissta Williams
U.S. Probation Officer
770-407-4614

**DATE:** July 24, 2019

**SUBJECT:** **TRANSFER OF JURISDICTION**
Case Name: STAYMAN, Shaka
Docket Number: 12-CR668-01 (JG)
13-CR-264-01(JG)
**Offense of Conviction:**
18 U.S.C. §§1349 and 18 U.S.C. §§ 1343 Conspiracy to Commit Wire Fraud
18 U.S.C. §§1349 and 18 U.S.C. §§1343 Conspiracy to Commit Wire Fraud

|   | |
|---|---|
|   | Please initiate Transfer of Jurisdiction from your district to the **Northern District of Georgia** and submit appropriate forms to your Court. Upon receipt, Transfer of Jurisdiction forms will be forwarded to our Court for final approval. |
| X | Enclosed are signed Transfer of Jurisdiction forms accepting transfer of Jurisdiction to the **Northern District of Georgia**. Please forward to the Clerk's Office in your district to complete the transfer process to our Clerk's Office in Atlanta, Georgia. |
|   | Pursuant to your request, enclosed are signed Transfer of Jurisdiction forms initiating transfer from the **Northern District of Georgia** to your district. Upon return, Transfer of Jurisdiction forms will be forwarded to the Clerk's Office in our district to complete the transfer process. |
|   | Enclosed are signed Transfer of Jurisdiction forms transferring jurisdiction from the **Northern District of Georgia** to the _____ District of _____. Please forward all case material to their Clerk's Office in _____. |

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 13-CR-264 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | EASTERN DISTRICT NY | |
| Shaka Stayman<br>3863 Grahams Port Lane<br>Snellville, GA, 30039 | NAME OF SENTENCING JUDGE | |
| | The Honorable John Gleeson, U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>July 5, 2018 | TO<br>July 4, 2021 |

**OFFENSE**

18 U.S.C. 1349 & 18 U.S.C. 1343 Conspiracy to Commit Wire Fraud

18 U.S.C. 1349 & 18 U.S.C. 1343 Conspiracy to Commit Wire Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-21-19
*Date*

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/22/2019
*Effective Date*

*[signature]*
United States District Judge

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 13-CR-264 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | EASTERN DISTRICT NY | |
| Shaka Stayman<br>3863 Grahams Port Lane<br>Snellville, GA, 30039 | NAME OF SENTENCING JUDGE | |
| | The Honorable John Gleeson, U.S. District Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>July 5, 2018 | TO<br>July 4, 2021 |

**OFFENSE**

18 U.S.C. 1349 & 18 U.S.C. 1343 Conspiracy to Commit Wire Fraud

18 U.S.C. 1349 & 18 U.S.C. 1343 Conspiracy to Commit Wire Fraud

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN           DISTRICT OF   NEW YORK

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-21-19
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/22/2019
*Effective Date*

*United States District Judge*